No. 24-20436

# United States Court of Appeals
# for the Fifth Circuit

IN RE ROBERTSHAW US HOLDING CORP., ET AL.,
*Debtors*,

INVESCO SENIOR SECURED MANAGEMENT, INCORPORATED; INVESCO FLOATING RATE INCOME FUND; DIVERSIFIED CREDIT PORTFOLIO LIMITED; INVESCO DYNAMIC CREDIT OPPORTUNITY FUND; INVESCO FLOATING RATE ESG FUND, ET AL.,
*Appellants*,

v.

ROBERTSHAW US HOLDING CORPORATION; RANGE PARENT, INCORPORATED; ROBERTSHAW CONTROLS COMPANY; BURNER SYSTEMS INTERNATIONAL, INCORPORATED; ROBERTSHAW MEXICAN HOLDINGS, L.L.C.; CONTROLES TEMEX HOLDINGS, L.L.C.; UNIVERSAL TUBULAR SYSTEMS, L.L.C.; ROBERTSHAW EUROPE HOLDINGS, L.L.C., BAIN CAPITAL CREDIT, LP, CANYON CAPITAL ADVISORS LLC, EATON VANCE MANAGEMENT, ONE ROCK CAPITAL PARTNERS, LLC,
*Appellees*.

On Appeal from the United States District Court for the Southern District of Texas
No. 4:24-cv-02426 (Hon. Keith P. Ellison)

**JOINDER OF APPELLEES BAIN CAPITAL CREDIT, LP, CANYON CAPITAL ADVISORS LLC, EATON VANCE MANAGEMENT, AND ONE ROCK CAPITAL PARTNERS, LLC TO DEBTORS-APPELLEES' RESPONSE IN OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL OR, ALTERNATIVELY, FOR MANDAMUS RELIEF**

Nicholas J. Hendrix
O'MELVENY & MYERS LLP
2801 North Harwood Street
Dallas, Texas 75201-2692
(972) 360-1900
nhendrix@omm.com

Peter Friedman *(request for admission forthcoming)*
Pamela A. Miller *(request for admission forthcoming)*
Asher Rivner *(request for admission forthcoming)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

*Counsel for Appellees Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management*

Erica S. Weisgerber
Sidney P. Levinson
Molly B. Maass
Sebastian P. Dutz
Mitchell A. Carlson
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
eweisgerber@debevoise.com

Sean T. Wilson
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002

*Counsel for Appellee One Rock Capital Partners, LLC*

# CERTIFICATE OF INTERESTED PERSONS

*In re Robertshaw US Holding Corporation, et al.*, No. 24-20436

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

1. **Appellants:**

    Invesco Senior Secured Management, Inc.; Invesco Floating Rate Income Fund; Diversified Credit Portfolio Ltd.; Invesco Dynamic Credit Opportunity Fund; Invesco Floating Rate ESG Fund, Invesco Credit Partners Master Fund II, L.P.; Invesco Credit Partners Opportunities Fund 2020, L.P.; Invesco Private Credit Opportunities Holdco, LLC; Invesco Master Loan Fund; Milton Hershey School Trust; Invesco Senior Floating Rate Fund; Invesco Senior Income Trust; Invesco Senior Loan Fund; Sentry Insurance Company; Invesco SSL Fund LLC; Invesco Teton Fund LLC; Invesco Zodiac Funds - Invesco US Senior Loan ESG Fund; Invesco Zodiac Funds – Invesco European Senior Loan ESG Fund; Invesco Zodiac Funds - Invesco European Senior Loan Fund; Invesco Zodiac Funds - Invesco US Senior Loan Fund; Alinea CLO, Ltd.; Annisa CLO, Ltd.; Betony CLO 2, Ltd.; Carbone CLO, Ltd.; Milos CLO, Ltd.; Recette CLO, Ltd.; Riserva CLO Ltd.; Upland CLO, Ltd.; Verde CLO, Ltd.; Kapitalforeningen Investin Pro, US Leveraged Loans I

2. **Counsel for Appellants:**

    Andrew K. Glenn, Kurt A. Mayr, Reid Skibell, Shai Schmidt, Agustina G. Berro, GLENN AGRE BERGMAN & FUENTES LLP

    Mark C. Taylor, Morris D. Weiss, William R. "Trip" Nix, HOLLAND & KNIGHT LLP

3. **Appellees:**

Robertshaw US Holding Corp.; Range Parent, Inc.; Robertshaw Controls Co.; Burner Systems International, Inc.; Robertshaw Mexican Holdings LLC; Controles Temex Holdings LLC; Universal Tubular Systems LLC; Robertshaw Europe Holdings, LLC (collectively, "Robertshaw Debtors")*

* On October 1, 2024, at around 4:00-4:10 p.m. CT, and before the administrative stay was issued by this Court, the Robertshaw Debtors closed an asset sale in accordance with the Bankruptcy Court's Sale Order. As a result of that transaction, Robertshaw US Holding Corp. is now Range WD 1 LLC; Robertshaw Controls Co. is now Range WD 2 LLC; Robertshaw Mexican Holdings LLC is now Range WD 3 LLC; Controles Temex Holdings LLC is now Range WD 4 LLC; and Burner Systems International, Inc. is now Range WD 5 Corp.

Range Parent, Inc. is the parent company of Range WD 1 LLC, Range WD 2 LLC, Range WD 3 LLC, Range WD 4 LLC, Range WD 5 Corp., and Universal Tubular Systems LLC. Range Red Operating, Inc. is the parent company of Robertshaw Europe Holdings, LLC.

No publicly held corporation owns 10% or more of Range Parent, Inc.'s stock. No publicly held corporation owns 10% or more of Range Red Operating, Inc.'s stock.

Bain Capital Credit, LP; Canyon Capital Advisors LLC; Eaton Vance Management**

** Bain Capital Credit, LP has no parent corporation. No publicly held corporation owns 10% or more of Bain Capital Credit, LP's stock.

Canyon Capital Advisors LLC is majority-owned by Canyon Partners, LLC. No publicly held corporation owns 10% or more of Canyon Capital Advisors LLC's stock.

Eaton Vance Management is a wholly owned subsidiary of Morgan Stanley Capital Management, LLC, which, in turn, is

a wholly-owned subsidiary of Morgan Stanley, a publicly held corporation with no parent corporation. Mitsubishi UFJ Financial Group, Inc., located at 7-1 Marunouchi 2-chrome, Chiyoda-ku, Tokyo 100-8330, Japan, owns more than 10% of Morgan Stanley's outstanding common stock.

One Rock Capital Partners, LLC***

*** One Rock Capital Partners, LLC is wholly owned by One Rock Capital Partners Holdco, LP.

No publicly held corporation owns 10% or more of One Rock Capital Partners, LLC's stock.

4. **Counsel for Appellees:**

Melissa Arbus Sherry, George Klidonas, George A. Davis, Adam S. Ravin, Eric F. Leon, Kuan Huang, Blake E. Stafford, Jordan R. Goldberg, Alexander G. Siemers, LATHAM & WATKINS LLP (counsel for Robertshaw Debtors)

Timothy A. (Tad) Davidson II, Ashley L. Harper, HUNTON ANDREWS KURTH LLP (counsel for Robertshaw Debtors)

Nicholas J. Hendrix, Peter Friedman, Pamela A. Miller, Asher Rivner, O'MELVENY & MYERS LLP (counsel for Bain Capital Credit, LP; Canyon Capital Advisors LLC; and Eaton Vance Management)

Sean T. Wilson, JONES WALKER LLP (counsel for One Rock Capital Partners, LLC)

Erica S. Weisgerber, Sidney P. Levinson, Molly B. Maass, Mitchell A. Carlson, DEBEVOISE & PLIMPTON LLP (counsel for One Rock Capital Partners, LLC)

5. **Additional Interested Parties:**

The Guardian Life Insurance Company of America; Park Avenue Institutional Advisers CLO Ltd. 2016-1; Park Avenue Institutional Advisers CLO Ltd. 2017-1; Park Avenue Institutional Advisers CLO Ltd. 2018-1; Park Avenue Institutional Advisers CLO Ltd.

2019-1; Park Avenue Institutional Advisers CLO Ltd. 2019-2; Marathon CLO V Ltd.; Marathon CLO VI Ltd.; Marathon CLO IX Ltd.; Portman Ridge Finance Corp.; Regatta VII Funding Ltd.; Regatta VIII Funding Ltd.; Regatta IX Funding Ltd.; Regatta X Funding Ltd.; Regatta XI Funding Ltd.; Regatta XII Funding Ltd.; Regatta XIII Funding Ltd.; Regatta XIV Funding Ltd.; Regatta XV Funding Ltd.; Regatta XVI Funding Ltd.; Regatta XVII Funding Ltd.; Regatta XVIII Funding Ltd.; Regatta XX Funding Ltd.; Regatta XXI Funding Ltd.; Regatta XXII Funding Ltd.; Regatta XXIII Funding Ltd.; Regatta XXIV Funding Ltd.; Z Capital Credit Partners CLO 2018-1 Ltd.; Z Capital Credit Partners 2019-1 Ltd. (collectively, "Excluded Lenders")

Nexeo Plastics, LLC; Deringer - Ney Inc.; Phillips Tube Group Inc.; Vernay Laboratories Inc.; Shanghai K&J International Co., Ltd. (collectively, "Official Committee of Unsecured Creditors")

Delaware Trust Company

6. **Counsel for Additional Interested Parties:**

Jason S. Brookner, Aaron M. Kaufman, GRAY REED (counsel for Excluded Lenders)

David M. Hillman, Dylan J. Marker, Peter J. Young, PROSKAUER ROSE LLP (counsel for Excluded Lenders)

Jennifer Selendy, Maria Ginzburg, Samuel Kwak, SELENDY GAY PLLC (counsel for Excluded Lenders)

Darren Azman, Charles R. Gibbs, Kristin K. Going, Natalie Rowles, Daniel M. Simon, MCDERMOTT WILL & EMERY LLP (counsel for Official Committee of Unsecured Creditors)

Matthew R. Bentley, Jeffrey R. Gliet, Brett D. Goodman, ARENTFOX SCHIFF LLP (counsel for Delaware Trust Company)

Dated:  October 4, 2024

   */s/ Sidney P. Levinson*
Sidney P. Levinson

*Attorney of record for Appellee One Rock Capital Partners, LLC*

*/s/ Nicholas J. Hendrix*

Nicholas J. Hendrix

*Attorney of record for Appellees Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management*

Appellees Bain Capital Credit, LP, on behalf of certain of its managed funds, Canyon Capital Advisor LLC, on behalf of certain of its managed funds, Eaton Vance Management, on behalf of certain of its managed funds, and One Rock Capital Partners, LLC, on behalf of itself and certain of its managed funds, join and incorporate herein the statement of facts and arguments made in the *Debtors-Appellees' Response in Opposition to Appellants' Emergency Motion for Stay Pending Appeal or, Alternatively, for Mandamus Relief*.

For the reasons stated therein, Invesco's motion should be denied.

Dated: October 4, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas J. Hendrix* | */s/ Sidney P. Levinson* |

Nicholas J. Hendrix
O'MELVENY & MYERS LLP
2801 North Harwood Street
Dallas, Texas 75201-2692
(972) 360-1900
nhendrix@omm.com

Peter Friedman *(request for admission forthcoming)*
Pamela A. Miller *(request for admission forthcoming)*
Asher Rivner *(request for admission forthcoming)*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

*Counsel for Appellees Bain Capital Credit, LP, Canyon Capital Advisors LLC, and Eaton Vance Management*

Sidney P. Levinson
Erica S. Weisgerber
Molly B. Maass
Sebastian P. Dutz
Mitchell A. Carlson
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
eweisgerber@debevoise.com

Sean T. Wilson
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002

*Counsel for Appellee One Rock Capital Partners LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, the foregoing document was electronically filed with the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

                                                              */s/ Sidney P. Levinson*
                                                              Sidney P. Levinson

**ECF CERTIFICATION**

I hereby certify (i) the required privacy redactions have been made pursuant to Rule 25.2.13; (ii) the electronic submission is an exact copy of the paper document pursuant to Rule 25.2.1; and (iii) the document has been scanned for viruses using Microsoft Defender and is free of viruses.

Dated: October 4, 2024                                  */s/ Sidney P. Levinson*
                                                              Sidney P. Levinson

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 5(c)(1) because it contains 92 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.2.

This document complies with the typeface requirements and type-style requirements of Federal Rule of Appellate Procedure 32(a) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated:  October 4, 2024     /s/ *Sidney P. Levinson*
                            Sidney P. Levinson